**Affirmed and Memorandum Opinion filed January 15, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00051-CR
### NO. 14-12-00052-CR

### KENNETH EARL BRUNSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause Nos. 1284376 and 1295225**

## M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to aggravated robbery with a deadly weapon. On June 27, 2012, the trial court sentenced appellant to confinement for fifteen years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal

is wholly frivolous and without merit.  The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds for relief.  *See Currie v. State,* 516 S.W.2d 684 (Tex. Crim. App. 1974).

A copy of counsel's brief was delivered to appellant.  Appellant was advised of the right to examine the appellate record and file a pro se response.  *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991).  As of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit.  Further, we find no reversible error in the record.  Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.

Do Not Publish — Tex. R. App. P. 47.2(b).